IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HAYWOOD M. CLAYTON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | 1:03CV00083 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

ORDER

This case is now before the Court on Appellant Clayton's Motion to Vacate Orders ("Motion to Vacate") [Doc. #23]. For the reasons set forth in a contemporaneously filed Memorandum Opinion, Appellant's Motion to Vacate will be DENIED.

This the day of August 24, 2005

                                                    /s/ N. Carlton Tilley, Jr.
                                                   United States District Judge